No. 879. BEAUCHAMP ET AL. v. CITY OF OKLAHOMA CITY ET AL. Sup. Ct. Okla. Certiorari denied. ▪

No. 5162. COCKRELL v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 5166. WILLIAMS v. MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 5190. FOX ET UX. v. LENNON. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 5224. DENMARK v. LAVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 5246. RITCHIE v. WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 5290. SMITH v. ANDERSON ET AL. C. A. 3d Cir. Certiorari denied.

No. 5305. HENRY v. PERINI, CORRECTIONAL SUPER-INTENDENT. C. A. 6th Cir. Certiorari denied.

No. 5361. LEDENT v. NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 5373. DIDDLEMEYER v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 5385. WARD v. PAGE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 5399. CROOKS v. INDIANA. Sup. Ct. Ind. Certiorari denied.